No. 93–8017. ADAMS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8019. CALIFANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8021. CORRELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–8026. LLERENA-ACOSTA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8028. LUX ET UX. v. SPOTSWOOD CONSTRUCTION LOANS, L. P. Sup. Ct. Va. Certiorari denied.

No. 93–8036. CHILDS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–8042. SANCHEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8052. ROBINSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8064. FREEMAN v. IDAHO COMMISSION FOR PARDONS AND PAROLE. C. A. 9th Cir. Certiorari denied.

No. 93–52. UNITED STATES v. CLAY. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 93–1095. RIVERA v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed further herein in forma pauperis granted. Certiorari denied.

No. 93–1250. CHANDLER ET AL. v. CITY OF DALLAS. C. A. 5th Cir. Motion of Advocacy Inc. et al. for leave to file a brief as amici curiae granted. Certiorari denied.

No. 93–1259. MARTIN v. OMEGA MEDICAL CENTER ASSOCIATES ET AL. C. A. 3d Cir. Motion of petitioner to consolidate petition for writ of certiorari with other cases denied. Certiorari denied.